IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROCKWELL COLLINS, INC. and ROCKWELL COLLINS TECHNOLOGIES, LLC, f/k/a New Rockwell Collins Technologies, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AVCOM AVIONICS & INSTRUMENTS, INC., <br><br> Defendants. | CASE NO. CV04-0063-JAJ <br><br> JUDGMENT |

Pursuant to the Stipulation for Entry of Judgment filed herein on 12/20/05:

IT IS ORDERED

Judgment is entered in favor of Collins against Avcom on Avcom's first, second, third, forth and fifth claims for relief, and in favor of Collins and against Avcom on Collins' tenth and eleventh claims for relief. The terms of the Stipulation are incorporated herein by reference as the judgment of the Court.

Each party shall be responsible for its own costs and expenses, including attorneys' fees, incurred in prosecuting or defending the claims that are the subject of this Stipulation.

Dated: 1/09/06

PRIDGEN J. WATKINS
Clerk

s/ Karen S. Yorgensen
(By) Karen S. Yorgensen, Deputy Clerk

Approved as to form:

_____   1/10/06
Chief Magistrate             Date
Judge John A Jarvey