IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| ROCKWELL COLLINS, INC., and ROCKWELL COLLINS TECHNOLOGIES, LLC, f/k/a New Rockwell Collins Technologies, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AVCOM AVIONICS & INSTRUMENTS, INC., <br><br> Defendant. | Civil Action No. C04-663EJM <br><br> STIPULATED ORDER AND JUDGMENT |

Pursuant to the Settlement Agreement dated and effective as of May 1, 2006, among the parties Plaintiffs Rockwell Collins, Inc. and Rockwell Collins Technologies, LLC (together "Rockwell Collins") and Defendant Avcom Avionics & Instrument, Inc., a judgment shall be entered in accordance with the terms set forth below.

**I.  FINDINGS**

1.  On May 19, 2004, Rockwell Collins filed a complaint against Avcom in the U.S. District Court for the Northern District of Iowa, in a case styled *Rockwell Collins, Inc. and Rockwell Collins Technologies, LLC v. Avcom Avionics and Instruments, Inc.*, Civil Action No. C04-63EJM ("the Case").

2.  Since it filed its initial complaint, Rockwell Collins has filed three additional complaints, including, most recently, a Third Amended Complaint filed December 20, 2005 (the "Complaint") alleging various causes of action against Avcom.

3. The parties have previously resolved Claims 12 and 13 seeking a declaratory judgment (as well as all of the counterclaims previously filed by Avcom in this case) with a judgment in favor of Rockwell Collins' favor entered January 9, 2006.

4. The parties have agreed to settle all of Rockwell Collins' remaining claims (the "Claims") in accordance with a Settlement Agreement executed as of and effective May 1, 2006, which, among other things, obligates Avcom to pay to Rockwell Collins $3.4 million, which amount has been paid by Avcom and received by Rockwell Collins, and to abide by the terms of that agreement with respect to its future dealings with Rockwell Collins.

5. Avcom has admitted in that agreement to having: (a) infringed Rockwell Collins' copyrights in its Change 7 and ADATE software; (b) infringed Rockwell Collins trademarks; and (c) violated its license agreements with Rockwell Collins relating to Avcom's use of Change 7 and ADATE software.

## II. JUDGMENT

WHEREFORE, a judgment shall be entered as follows:

a. Judgment in favor of Plaintiffs Rockwell Collins, Inc. and Rockwell Collins Technologies, LLC (i) on their First Claim for Relief for Copyright Infringement; (ii) for Trademark Infringement pursuant to 15 U.S.C. § 1114 under their Second Claim for Relief; and (iii) on their Eighth Claim for Relief for Breach of Contract;

b. Enjoining Avcom from violating Rockwell Collins' intellectual property rights in the future; and

c. Dismissing with prejudice all remaining claims and allegations.

Each party is to bear its own costs and attorneys fees associated with this case.

Dated: October 10, 2006

This motion is granted on _____.

_____
HON. JOHN A. JARVEY